**No. 09-11537. Randy Thomas Naves, Petitioner v. Steven Turley, Warden.**

562 U.S. 886, 131 S. Ct. 217, 178 L. Ed. 2d 130, 2010 U.S. LEXIS 7017.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 372 Fed. Appx. 866.